# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

STEPHANIE FESSLER

    v.

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC. AND
CHRISTIAN CONGREGATION OF
JEHOVAH'S WITNESSES, INC. AND
SPRING GROVE CONGREGATION OF
JEHOVAH'S WITNESSES, INC. AND
TERRY JEANNE MONHEIM


PETITION OF:  SPRING GROVE
CONGREGATION OF JEHOVAH'S
WITNESSES, INC.

:  No. 122 EAL 2016
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>


**PER CURIAM**

  **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Justice Mundy did not participate in the consideration or decision of this matter.